IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
:
In re: : Chapter 11
:
The Weinstein Company Holdings LLC, *et al.*, : Case No. 18-10601 (MFW)
:
        Debtors. : (Jointly Administered)
:
---------------------------------------------------------------- :
:
Lantern Entertainment LLC, :
:
        Plaintiff, : Adv. Pro. No. 18- 50924 (MFW)
:
vs. :
:
Bruce Cohen Productions, and Bruce Cohen :
: **Related to Docket No.: 1**
        Defendants. :
---------------------------------------------------------------- x

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

        Address of Clerk:    824 Market Street, 3rd Floor
                                          Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys.

Name and Address of Plaintiff's Attorneys:

| | |
|---|---|
| David B. Stratton (DE No. 960) | Michael S. Stamer (admitted *pro hac vice*) |
| Evelyn J. Meltzer (DE No. 4581) | Abid Qureshi (admitted *pro hac vice*) |
| PEPPER HAMILTON LLP | Meredith A. Lahaie (admitted *pro hac vice*) |
| Hercules Plaza, Suite 5100 | Joseph L. Sorkin (*pro hac vice* pending) |
| 1313 N. Market Street, P.O. Box 1709 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| Wilmington, Delaware 19899-1709 | One Bryant Park |
| Telephone: (302) 777-6500 | Bank of America Tower |
| Facsimile: (302) 421-8390 | New York, NY 10036 |
| E-mail: strattond@pepperlaw.com | Telephone: (212) 872-1000 |
| meltzerm@pepperlaw.com | Facsimile: (212) 872-1002 |
| | E-mail: mstamer@akingump.com |
| | aqureshi@akingump.com |
| | mlahaie@akingump.com |
| | jsorkin@akingump.com |

#50465690 v2

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

**Address:**
US Bankruptcy Court
824 Market St., 5th Floor
Wilmington, Delaware

**Room:**
Courtroom #4

**Date and Time:**
November 29, 2018 at 11:30 a.m.(Eastern Time)

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
  Court for the District
    of Delaware**

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

Date: October 17, 2018