IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| The Weinstein Company Holdings LLC, *et al.*, | Case No. 18-10601 (MFW) |
| Debtors. | (Jointly Administered) |
| | |
| Lantern Entertainment LLC, | |
| Plaintiff, | Adv. Pro. No. 18-50924 (MFW) |
| vs. | |
| Bruce Cohen Productions, and Bruce Cohen | **Related to Docket Nos.: 1, 2, and 3** |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on the 17th day of October, 2018, I served or caused to be served the following documents upon the parties set forth on the attached list, in the manner indicated therein:

- *Complaint for Declaratory Judgment Against Bruce Cohen Productions and Bruce Cohen* [DI 1];

- *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [DI 2]; and

- *Notice of Dispute Resolution Alternatives* [DI 3].

#50466988 v4.146297.2

|  |  |
|---|---|
| Dated:  October 17, 2018 | /s/ Evelyn J. Meltzer<br>David B. Stratton (No. 960)<br>Evelyn J. Meltzer (No. 4581)<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington, Delaware 19801<br>Tel: (302) 777-6500<br><br>              *and*<br><br>Michael S. Stamer (admitted *pro hac vice*)<br>Abid Qureshi (admitted *pro hac vice*)<br>Meredith A. Lahaie (admitted *pro hac vice*)<br>Joseph L. Sorkin (admitted *pro hac vice*)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036<br>Tel: (212) 872-1000<br>Fax: (212) 872-1002<br><br>*Attorneys for Lantern Entertainment LLC* |

#50466988 v4.146297.2

SERVICE LIST

*VIA EMAIL*

*Counsel for Bruce Cohen Productions
and Bruce Cohen*
Christopher P. Simon
CROSS & SIMON, LLC
1105 North Market Street, Suite 901
Wilmington, DE 19801
csimon@crosslaw.com

*VIA EMAIL*

*Counsel for Bruce Cohen Productions
and Bruce Cohen*
Michael I. Gottfried
Roye Zur
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 700
Los Angeles, CA 90067
mgottfried@lgbfirm.com
rzur@lgbfirm.com

*VIA FIRST CLASS MAIL*

Alan S. Hergott, Registered Agent for
 Bruce Cohen Productions
150 S. Rodeo Drive
Third Floor
Beverly Hills, CA 90212

*VIA FIRST CLASS MAIL*

Bruce Cohen
274 West 11th Street
#5R
New York, NY 10014