IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
: Chapter 11
In re: :
: Case No. 18-10601 (MFW)
The Weinstein Company Holdings LLC, *et al.*, :
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------- x
:
Lantern Entertainment LLC, :
:
Plaintiff, : Adv. Pro. No. 18-50924 (MFW)
:
vs. :
:
Bruce Cohen Productions, and Bruce Cohen, :
:
Defendants. :
---------------------------------------------------------------x

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO DETERMINE THE
<u>NONEXECUTORY NATURE OF A CONTRACT</u>**

PLEASE TAKE NOTICE that pursuant to Rule 56 of the Federal Rules of Civil Procedure ("<u>Federal Rules</u>"), made applicable to this adversary proceeding pursuant to Rules 7001 and 7056 of the Federal Rules of Bankruptcy Procedure ("<u>Bankruptcy Rules</u>"), Plaintiff Lantern Entertainment LLC ("<u>Lantern</u>"), by and through its undersigned counsel, respectfully moves this Court for summary judgment (this "<u>Motion</u>"). In support of the Motion, Plaintiff has contemporaneously filed, and incorporate herein by reference, the *Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract* (the "<u>Memorandum of Law</u>") and the *Declaration of Irwin Reiter in Support of Plaintiff's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract*.

1

WHEREFORE, for all the reasons stated in the Memorandum of Law, Plaintiff respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, (a) granting summary judgment in favor of the Plaintiff and against Defendants Bruce Cohen Productions and Bruce Cohen (collectively, "Cohen") because no genuine issue of material fact exists to preclude entry of summary judgment as a matter of law on Count I of the *Complaint for Declaratory Judgment Against Bruce Cohen Productions and Bruce Cohen* [D.I. 1] (the "Complaint") commencing the above-captioned adversary proceeding, and (b) granting such other and further relief as the Court deems just and proper.

Dated: October 18, 2018
Wilmington, DE

/s/ Evelyn J. Meltzer
David B. Stratton (No. 960)
Evelyn J. Meltzer (No. 4581)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

-and-

Michael S. Stamer (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
Joseph L. Sorkin (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Attorneys for Lantern Entertainment LLC*