**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------- x
                                                              :
                                                              :   Chapter 11
                                                              :
In re:                                                        :
                                                              :   Case No. 18-10601 (MFW)
The Weinstein Company Holdings LLC, et al.,                   :
                                                              :   (Jointly Administered)
        Debtors.                                              :
                                                              :
                                                              :
                                                              :
------------------------------------------------------------- x
                                                              :
Lantern Entertainment LLC,                                    :
                                                              :
        Plaintiff,                                            :   Adv. Pro. No. 18-50924 (MFW)
                                                              :
vs.                                                           :
                                                              :
Bruce Cohen Productions, and Bruce Cohen,                     :
                                                              :
        Defendants.                                           :
------------------------------------------------------------- x
```

**DECLARATION OF IRWIN REITER IN SUPPORT OF PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT TO DETERMINE THE NONEXECUTORY NATURE OF
A CONTRACT**

I, Irwin Reiter, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. I am over 18 and competent to testify. I am currently the Executive Vice President for Accounting and Financial Reporting for Lantern Entertainment LLC ("Lantern"), the purchaser of substantially all of the assets of The Weinstein Company Holdings LLC ("The Weinstein Company," and collectively with its affiliated debtors and debtors in possession, the

1

"Debtors"), in the above-captioned chapter 11 cases (the "Chapter 11 Cases").[1] I held the same position within The Weinstein Company prior to its filing for bankruptcy. I submit this declaration (the "Declaration") in further support of *Plaintiff's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract*.[2] Except as otherwise indicated, all statements in this Declaration are based upon my personal knowledge, my review of relevant documents, my knowledge of the Debtors' operations and financial condition, or information provided to me. If I were called upon to testify, I could and would testify to each of the facts set forth herein.

2. In my capacity as the supervisor of The Weinstein Company's Participations Department, I had primary responsibility to review talent participation reports such as the one sent to Bruce Cohen. Such reports were generated by The Weinstein Company's Finance Department and Participations Department based on agreements that existed between The Weinstein Company and talent, including Bruce Cohen. In my role, I reviewed The Weinstein Company's Finance Department's projections, called "ultimates," and looked at The Weinstein Company's actual reporting in relation to those ultimates.

3. One agreement that served as the basis for such participation reports was a certain letter agreement dated September 21, 2011 between SLP Films, Inc. ("SLP Films") and Bruce Cohen Productions f/s/o Bruce Cohen[3] (the "Agreement") for Cohen's production services for the motion picture, *Silver Linings Playbook* (the "Picture"). Attached hereto as **Exhibit A** is a

---

[1] A list of the Debtors in these Chapter 11 Cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' noticing and claims agent at http://dm.epiq11.com/twc.

[2] Capitalized terms that are used herein and not otherwise defined shall have the meanings given to them in the Motion.

[3] Defendant Bruce Cohen Productions (f/s/o Bruce Cohen) entered into the Agreement on behalf of itself and Defendant Bruce Cohen, referred to as the "Artist". *See generally* Agreement. This Declaration will refer to both as "Cohen."

2

true and correct copy of the Agreement and related exhibits that have been located in The Weinstein Company's files. Cohen was one of three producers hired for the Picture.

4. While SLP Films is the entity that entered into the Agreement with Cohen, my understanding is that upon SLP Films' final delivery of the Picture to SLPTWC Films, LLC ("SLP"), SLP assumed SLP Films' obligations under the Agreement. Upon SLP's subsequent dissolution, its sole member, The Weinstein Company LLC—a wholly-owned subsidiary of The Weinstein Company—assumed the rights to and performed the obligations under the Agreement. Such obligations include payment to Cohen for production services rendered under the Agreement—payments that were included in participation reports sent to Cohen that I reviewed in my capacity as an Executive Vice President.

5. Production of the Picture was completed in 2012. The Picture was released in November 2012.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 18, 2018
      New York, New York

_____
Irwin Reiter