IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
: 
In re: : Chapter 11
 : 
The Weinstein Company Holdings LLC, *et al.*, : Case No. 18-10601 (MFW)
 : 
Debtors. : (Jointly Administered)
 : 
------------------------------------------------------------- :
 : 
Lantern Entertainment LLC, : 
 : 
Plaintiff, : Adv. Pro. No. 18-50924 (MFW)
 : 
vs. : 
 : 
Bruce Cohen Productions, and Bruce Cohen : 
 : **Related to Docket Nos.: 6, 7 & 8**
Defendants. : 
------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on the 18th day of October, 2018, I served or caused to be served the following documents upon the parties set forth on the attached list, in the manner indicated therein:

- *Plaintiff's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract* [DI 6];

- *Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract* [DI 7]; and

- *Declaration of Irwin Reiter in Support of Plaintiff's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract* [DI 8].

#50558548 v1 (146297.2)

-2-

| | |
|---|---|
| Dated: October 18, 2018 | /s/ Evelyn J. Meltzer |

David B. Stratton (No. 960)
Evelyn J. Meltzer (No. 4581)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19801
Tel: (302) 777-6500

*and*

Michael S. Stamer (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
Joseph L. Sorkin (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002

*Attorneys for Lantern Entertainment LLC*

#50558548 v1 (146297.2).146297.2

SERVICE LIST

***VIA EMAIL***

*Counsel for Bruce Cohen Productions
and Bruce Cohen*
Christopher P. Simon
CROSS & SIMON, LLC
1105 North Market Street, Suite 901
Wilmington, DE 19801
csimon@crosslaw.com

***VIA EMAIL***

*Counsel for Bruce Cohen Productions
and Bruce Cohen*
Michael I. Gottfried
Roye Zur
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 700
Los Angeles, CA 90067
mgottfried@lgbfirm.com
rzur@lgbfirm.com

***VIA FIRST CLASS MAIL***

Alan S. Hergott, Registered Agent for
 Bruce Cohen Productions
150 S. Rodeo Drive
Third Floor
Beverly Hills, CA 90212

***VIA FIRST CLASS MAIL***

Bruce Cohen
274 West 11th Street
#5R
New York, NY 10014