IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                                      :   Chapter 11
                                                            :
The Weinstein Company Holdings LLC, *et al.*,               :   Case No. 18-10601 (MFW)
                                                            :
        Debtors.                                            :   (Jointly Administered)
                                                            :
------------------------------------------------------------:x
Lantern Entertainment LLC,                                  :
                                                            :
        Plaintiff,                                          :   Adv. Pro. No. 18-50924 (MFW)
                                                            :
vs.                                                         :
                                                            :
Bruce Cohen Productions, and Bruce Cohen,                   :
                                                            :
        Defendants.                                         :
------------------------------------------------------------x

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Rule 7007-3 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), plaintiff Lantern Entertainment LLC, ("Lantern") hereby files this Request for Oral Argument (the "Request") relating to the Briefing (defined below), and in support hereof states the following:

1.  On October 17, 2017, Lantern (the "Plaintiff") filed the *Complaint for Declaratory Judgment Against Bruce Cohen Productions and Bruce Cohen* (Adv. Docket No. 1) with the United States Bankruptcy Court for the District of Delaware (the "Court") commencing the above-captioned adversary proceeding.

2.  On October 18, 2018, Plaintiff filed: (i) *Plaintiff's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract* (Adv. Docket No. 6) (the "Summary Judgment Motion"); (ii) *Memorandum of Law in Support of Plaintiff's Motion for*

#50867505 v2

*Summary Judgment to Determine the Nonexecutory Nature of a Contract* (Adv. Docket No. 7) (the "Memorandum of Law"); and (iii) the *Declaration of Irwin Reiter in Support of Plaintiff's Motion for Summary Judgment* (Adv. Docket No. 8) (the "Declaration", and together with the Summary Judgment Motion and Memorandum of Law, the "Opening Brief").

3. On November 1, 2018, defendants Bruce Cohen Productions and Bruce Cohen (together, the "Defendants") filed the *Answering Brief of Defendants Bruce Cohen Productions and Bruce Cohen in Support of Opposition to Plaintiff's Motion for Summary Judgment* (Adv. Docket No. 10) (the "Answering Brief").

4. On November 15, 2018, the Plaintiff filed the *Reply Memorandum of Law in Further Support of Plaintiff's Motion for Summary Judgment* (Adv. Docket No. 11) (the "Reply Brief" and together with the Opening Brief and Answering Brief, the "Briefing").

5. Pursuant to Local Rule 7007-3, Plaintiff hereby respectfully requests that oral argument on the Briefing be scheduled at the Court's convenience. Plaintiff submits that oral argument is necessary and appropriate in light of the complex legal issues addressed in the Briefing and will permit the Plaintiff and Defendants to address any questions the Court may have regarding the issues presented therein.

WHEREFORE Plaintiff Lantern respectfully requests that this Court enter an order scheduling oral argument on the Briefing at the Court's convenience.

Dated: November 15, 2018

/s/ Evelyn J. Meltzer
David B. Stratton (No. 960)
Evelyn J. Meltzer (No. 4581)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

-3-

        -and-

Michael S. Stamer (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
Joseph L. Sorkin (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Attorneys for Lantern Entertainment LLC*