**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------- x

In re:

The Weinstein Company Holdings LLC, *et al.*,

      Debtors.

------------------------------------------------------------

Lantern Entertainment LLC,

      Plaintiff,

vs.

Bruce Cohen Productions, and Bruce Cohen,

      Defendants.

------------------------------------------------------------- x

:  Chapter 11

:  Case No. 18-10601 (MFW)

:  (Jointly Administered)

:

:  Adv. Pro. No. 18-50924 (MFW)

:

:  **Related to Adv. Docket No. ___**

## ORDER GRANTING REQUEST FOR ORAL ARGUMENT

Upon the Request for Oral Argument (the "<u>Request</u>")[1], filed by plaintiff Lantern Entertainment LLC., and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED that:

1.    The Request is GRANTED.

2.    Oral argument on the Briefing will be held on _____, 2018 at _____ __.m.

---

[1]    Terms not defined herein shall have the meanings ascribed to them in the Request.