# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>The Weinstein Company Holdings LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10601 (MFW)<br><br>(Jointly Administered) |
| Lantern Entertainment LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Bruce Cohen Productions, and Bruce Cohen,<br><br>Defendants. | Adv. Pro. No. 18-50924 (MFW) |

### NOTICE OF COMPLETION OF BRIEFING WITH RESPECT TO PLAINTIFF LANTERN ENTERTAINMENT LLC'S MOTION FOR SUMMARY JUDGMENT TO DETERMINE THE NONEXECUYORY NATURE OF A CONTRACT

On October 18, 2018, Plaintiff Lantern Entertainment LLC ("Lantern") in the above-captioned adversary proceeding (the "Adversary Proceeding") filed the *Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract* [D.I. 6] (the "Motion for Summary Judgment"). Briefing on the Motion for Summary Judgment was completed on November 8, 2018. The following pleadings relate to the Motion for Summary Judgment:

1. Complaint for Declaratory Judgment against Bruce Cohen Productions and Bruce Cohen [Adv. D.I. 1] (Filed 10/17/18)

#50845926 v2

-2-

2. Plaintiff's Motion for Summary Judgment to Determine the Nonexecutory Nature of a Contract [Adv. D.I. 6] (Filed 10/18/18)

3. Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment [Adv. D.I. 7] (Filed 10/18/18)

4. Declaration of Irwin Reiter in Support of Plaintiff's Motion for Summary Judgment [Adv. D.I. 8] (Filed 10/18/18

5. Answering Brief of Defendants Bruce Cohen Productions and Bruce Cohen in Support of Opposition to Plaintiff's Motion for Summary Judgment [Adv. D.I. 10] (Filed 11/1/18)

6. Reply Memorandum of Law in Further Support of Plaintiff's Motion for Summary Judgment [Adv. D.I. 11] (Filed 11/8/18)

7. Request for oral argument [Adv. D.I. 13] (Filed 11/15/18)

Dated:  November 19, 2018

/s/ Evelyn J. Meltzer
David B. Stratton (No. 960)
Evelyn J. Meltzer (No. 4581)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

-and-

Michael S. Stamer (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
Joseph L. Sorkin (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Attorneys for Lantern Entertainment LLC*

#50845926 v2