IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 18-10601 (MFW) |
| The Weinstein Company Holdings LLC, *et al*., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Re: Docket Nos. 2013** |
| | : | |
| ------------------------------------------------------- x | | |
| Lantern Entertainment LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Adv. Pro. No. 18-50924 (MFW) |
| v. | : | |
| | : | **Re: Adv. Pro. Docket Nos. 50** |
| Bruce Cohen Productions, and Bruce Cohen, | : | |
| | : | |
| Defendants. | : | |
| ------------------------------------------------------- x | | |

## STATUS REPORT IN ADVERSARY PROCEEDING

Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC) ("Spyglass") hereby submits this status report, as of August 28, 2019, for the above-captioned adversary proceeding (the "Cohen Adversary") against Bruce Cohen Productions and Bruce Cohen (the "Cohen Defendants"). This status report is submitted in response to the Court's request for an update on the status of the appeal (the "Appeal") of the *Order (I) Granting Lantern Entertainment LLC's Motion for Summary Judgment; (II) Denying Motion to Strike of Contract Counterparties; (III) Denying in Part, and Granting in Part, Joint Motion of SLP Contract Counterparties to Clarify Sale Order; and (IV) Denying in Part, and Granting in Part, Contract Counterparties' Motion for Order Confirming that Counterparties' Agreements have been Designated by Lantern for Assumption and Assignment, Including Joinder of Committee* [D.I. 2013, Adv. D.I. 50] (the "Order") pending in the United States District Court for the District of Delaware (the "District

Court"), styled *Bruce Cohen, Bruce Cohen Productions v. Lantern Entertainment LLC*, Case No. 19-243 (MN) (D. Del).

1. On July 12, 2019, the Cohen Defendants, along with the other parties to the Appeal (collectively, the "Appellants"), filed the *Appellants' Opening Brief* [Ap. D.I. 18].

2. On July 19, 2019, the Directors Guild of America, Inc., Screen Actors Guild – American Federal of Television and Radio Artists, and the Writers Guild of America West, Inc. (the "Guilds") filed a *Motion for Leave to File Amicus Curiae Brief* [Ap. D.I. 25].

3. On August 2, 2019, Spyglass filed the *Objection of Appellee Spyglass to Guilds' Motion to File Amicus Curiae Brief* [Ap. D.I. 26].

4. On August 9, 2019, the Guilds filed a *Motion for Leave to File Reply to Objection of Appellee Spyglass to Guilds' Motion to File Amicus Curiae Brief* [Ap. D.I. 28] (the "Guilds' Reply").

5. On August 12, 2019, Spyglass filed the *Appellee's Answering Brief* [Ap. D.I. 29].

6. On August 23, 2019, the District Court entered an order permitting the Guilds' Reply.

7. On August 26, 2019, the Appellants filed the *Appellants' Reply Brief* [Ap. D.I. 37].

8. The parties have thus completed briefing before the District Court and the Appellants have filed a request for oral argument [Ap. D.I. 38].

9. Spyglass will submit another status report at the earlier of the Court's request or the District Court's disposition of the Appeal.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: August 30, 2019<br>Wilmington, Delaware |   /s/ R. Craig Martin<br>R. Craig Martin (DE No. 5032)<br>Maris J. Kandestin (DE No. 5294)<br>DLA PIPER LLP (US)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>Telephone:  (302) 468-5700<br>Facsimile:  (302) 394-2341<br>Email: craig.martin@dlapiper.com<br>maris.kandestin@dlapiper.com<br><br> - and -<br><br>Thomas R. Califano (admitted *pro hac vice*)<br>Rachel Ehrlich Albanese (admitted *pro hac vice*)<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: thomas.califano@dlapiper.com<br>rachel.albanese@dlapiper.com<br><br>*Counsel for Spyglass Media Group, LLC (f/k/a Lantern Entertainment LLC)* |